# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDE HIDY, and ROSEMARIE HIDY,<br><br>Defendants. | 8:18CV536<br><br>AMENDED<br>FINAL PROGRESSION ORDER |

This matter came before the Court on the Stipulation Regarding Discovery Response Deadlines ([Filing No. 24](#)).  For good cause shown, the Court finds the motion should be granted.  Accordingly,

**IT IS ORDERED** that the Stipulation Regarding Discovery Response Deadlines ([Filing No. 24](#)) is granted, and the earlier final progression order ([Filing No. 16](#)) is Amended as follows:

1) The non-jury trial of this case remains set to commence before Robert F. Rossiter, Jr., United States District Judge, **in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska**, at **9:00 a.m.** on **June 8, 2020**, or as soon thereafter as the case may be called, for a duration of four (4) trial days.  This case is subject to the prior trial of other civil cases that may be scheduled for trial before this one.

2) The Pretrial Conference remains scheduled before the undersigned magistrate judge on **May 29, 2020**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **May 22, 2020**.

3) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **September 30, 2019**.  Motions to compel discovery under Rules 33, 34, and 36 must be filed by **October 14, 2019**.
**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadline for Defendants Claude Hidy and Rosemarie Hidy to respond to all of the United States' outstanding discovery requests is extended to **August 23, 2019**.

5) The deposition deadline remains **December 23, 2019**.

6) The deadline for filing motions to dismiss and motions for summary judgment remains **January 24, 2020**.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 24th day of July, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge